UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALIYAH WILSON,

        Plaintiff,                          Case No: 5:19-cv-12784
                                                  Hon. Judith E. Levy

v.

FORD MOTOR COMPANY, BRIAN
WATKINS, DONALD WIGGINS, ROBERT
FRAOGOS, A. SLOAN, JIMMY WILLIAMS,
SHERRY SWEET, WISSAM (SAM) FARAJ,
GABRIEL GREEN, BRITTANY PRYOR,
BRYANT WATKINS, KEVIN CAMM,
ROLANDO KENNEDY, ANDREW
ROBICHAUD, KEVIN DRAGER and
SAMANTHA B., (*Jointly, severally and in their individual capacities*),

        Defendants.
_____/

| | |
|---|---|
| HALL MAKLED, P.C. | KIENBAUM HARDY |
| Cyril C. Hall (P29121) | VIVIANO PELTON & FORREST, P.L.C. |
| Lamont D. Satchel (P52647) | Elizabeth Hardy (P37426) |
| Amir Makled (P76306) | Eric J. Pelton (P40635) |
| Attorneys for Aliyah Wilson and | Shannon V. Loverich (P53877) |
| Wendy Turner Lewis, Trustee | Attorneys for Defendant Ford Motor Company |
| 23756 Michigan Avenue, Ste. 300 | |
| Dearborn, Michigan 48124 | 280 N. Old Woodward Avenue, Ste. 400 |
| (313) 788-8888 (Office) | Birmingham, Michigan 48009 |
| (313) 582-7962 (Fax) | (248) 645-0000 (Office) |
| cyrilhalllaw@sbcglobal.net | (248) 645-1385 (Fax) |
| satchel@hallmakled.com | ehardy@khvpf.com |
| amakled@hallmakled.com | epelton@khvpf.com |
| | sloverich@khvpf.com |

1

BERNARDI, RONAYNE &
GLUSAC, P.C.
Rodney M. Glusac (P43756)
Attorneys for
Wendy Turner Lewis, Trustee
1058 Maple Street, Suite 100
Plymouth, Michigan 48170
(734) 416-1780 (Office)
(734) 416-1785 (Fax)
rodg@brgpc.com
_____/

## **STIPULATION AND ORDER FOR SUBSTITUTION OF PLAINTIFF**

WHEREAS on March 31, 2021, Plaintiff Aliyah Wilson filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Michigan, Case No. 21-42846;

WHEREAS Wendy Turner Lewis was appointed as Trustee ("Trustee") for Plaintiff Wilson's Chapter 7 Bankruptcy Estate;

WHEREAS pursuant to 11 U.S.C. § 541(a)(1), all of Plaintiff Wilson's pre-petition property, including her pending legal claims, became the property of the bankruptcy estate as a result of the filing of the bankruptcy action;

WHEREAS, the Trustee is now the real party in interest in this lawsuit;

WHEREAS, Federal Rule of Civil Procedure 17(a)(1) provides that an "action must be prosecuted in the name of the real party in interest," AND

2

WHEREAS, this matter having come before the Court on the parties' stipulation as evidenced by their attorneys' signatures below; and the Court being duly advised;

IT IS HEREBY ORDERED that Wendy Turner Lewis, the Chapter 7 Bankruptcy Trustee for the estate of Aliyah Wilson, is substituted as the Plaintiff in this action in place of Aliyah Wilson.

Date: December 20, 2021            s/Judith E. Levy
                                   Judith E. Levy
                                   U.S. District Judge

Stipulated and Approved as to Form and Substance:

/s/ Lamont D. Satchel
Lamont D. Satchel (P52647)
Attorney for Aliyah Wilson and Wendy Turner Lewis, Trustee

/s/ Elizabeth Hardy
Elizabeth Hardy (P37426)
Attorney for Defendant Ford Motor Company

/s/ Rodney M. Glusac
Rodney M. Glusac (P43756)
Attorney for Wendy Turner Lewis, Trustee