UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY TURNER LEWIS, Chapter 7
Bankruptcy Trustee for the Estate of
Aliyah Wilson,

        Case No: 5:19-cv-12784
        Hon. Judith E. Levy

    Plaintiff,

v.

FORD MOTOR COMPANY, BRIAN WATKINS, DONALD WIGGINS, ROBERT FRAOGOS, A. SLOAN, JIMMY WILLIAMS, SHERRY SWEET, WISSAM (SAM) FARAJ, GABRIEL GREEN, BRITTANY PRYOR, BRYANT WATKINS, KEVIN CAMM, ROLANDO KENNEDY, ANDREW ROBICHAUD, KEVIN DRAGER and SAMANTHA B., (*Jointly, severally and in their individual capacities*),

    Defendants.
_____/

| | |
|---|---|
| BERNARDI, RONAYNE & GLUSAC, P.C.<br>Rodney M. Glusac (P43756)<br>Attorney for<br>Wendy Turner Lewis, Trustee<br>1058 Maple Street, Suite 100<br>Plymouth, Michigan 48170<br>(734) 416-1780 (Office)<br>(734) 416-1785 (Fax)<br>rodg@brgpc.com | KIENBAUM HARDY<br>VIVIANO PELTON & FORREST, P.L.C.<br>Elizabeth Hardy (P37426)<br>Eric J. Pelton (P40635)<br>Shannon V. Loverich (P53877)<br>Attorneys for Defendant Ford Motor Company<br>280 N. Old Woodward Avenue, Ste. 400<br>Birmingham, Michigan 48009<br>(248) 645-0000 (Office)<br>(248) 645-1385 (Fax)<br>ehardy@khvpf.com<br>epelton@khvpf.com<br>sloverich@khvpf.com |

HALL MAKLED, P.C.
Cyril C. Hall (P29121)
Lamont D. Satchel (P52647)
Amir Makled (P76306)
Attorneys for Aliyah Wilson and Wendy Turner Lewis, Trustee
23756 Michigan Avenue, Ste. 300
Dearborn, Michigan 48124
(313) 788-8888 (Office)
(313) 582-7962 (Fax)
cyrilhalllaw@sbcglobal.net
satchel@hallmakled.com
amakled@hallmakled.com

_____

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS on July 8, 2022, the United States Bankruptcy Court for the Eastern District of Michigan entered an Order Granting Trustee's Motion to Settle Federal Court Lawsuit in *In re: Aliyah Wilson*, Case No. 21-42846-mlo;

WHEREAS the parties have stipulated to the dismissal of this case with prejudice, pursuant to the above-referenced Bankruptcy Court Order;

IT IS HEREBY ORDERED that this case is dismissed with prejudice, with all parties to bear their own costs and attorney's fees.

Date: July 26, 2022

s/Judith E. Levy
Judith E. Levy
U.S. District Judge

2

Stipulated and Approved as to Form and Substance:

/s/Rodney M. Glusac (by permission)_____
Rodney M. Glusac (P43756)
Attorney for Plaintiff Wendy Turner Lewis, Trustee

/s/ Lamont Satchel (by permission)_____
Lamont D. Satchel (P52647)
Attorney for Aliyah Wilson and Wendy Turner Lewis, Trustee

/s/Elizabeth Hardy_____
Elizabeth Hardy (P37426)
Attorney for Defendant Ford Motor Company

3